THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS GENDELMAN, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application for leave to prosecute appeal on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

SADIE GOLDMAN, Appellant, v. ANNA SONTAG and Others, Respondents.— Motion granted to substitute in the decision of this court the following: Ordered and adjudged that the judgment appealed from be and the same hereby is in all things reversed on the law and on the facts, with costs and the complaint dismissed. This dismissal is without prejudice to the amendment of the complaint to state a cause of action for damages if plaintiff so desires and is able to amend her complaint to state such cause of action in place and stead of the following paragraph: Ordered and adjudged that the judgment appealed from be and the same hereby is in all things reversed on the law and on the facts, with costs, and a new trial as in an action for damages granted if plaintiff desires and is able to amend her complaint to state such cause of action. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ. [See 257 App. Div. 688.]

In the Matter of the Application of HERMAN L. KASHA, Appellant, for a Review under Article 78 of the Civil Practice Act, of the Determination of THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents, Revoking Petitioner's License to Practice Medicine.— Motion for stay granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of HENRY KOHLS, SR., Appellant, against J. J. BELOTTE & SON CONSTRUCTION COMPANY and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record and brief granted. The application to have transmitted to this court the original exhibits in the case denied; and claimant is required to typewrite these exhibits. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JOE LA FELICE, Appellant, against STONE & WILKIE and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal on typewritten record denied because it appears that only questions of fact are involved. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN LOMBARDI, Appellant, against CLEVOROCK, INC., and THE LIBERTY MUTUAL INSURANCE COMPANY OF NEW YORK, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person on typewritten record and brief denied, without costs, upon the ground that only questions of fact are involved. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of BERTHA MEISNER, Appellant, against HILL-CREST GOLF CLUB and NEW YORK CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record and original exhibits denied on the ground that the papers disclose that only questions of fact are involved which this court has no jurisdiction to review. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.